**T. E. McCLINTOCK, Receiver, et al., Appellants, v. UNITED STATES FIDELITY & GUARANTY CO., Appellee.**

Circuit Court of Appeals, Eighth Circuit.
June 18, 1928.

No. 8057.

Thomas Hunter, of Cheyenne, Wyo., for appellants.

Andrew W. Gillette and Henry H. Clark, both of Denver, Colo., for appellee.

PER CURIAM. Cause remanded, with directions to District Court to modify its decree, per stipulation of parties.

**J. S. McMILLAN et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Eighth Circuit.
June 12, 1928.

No. 7688.

See, also, 27 F.(2d) 94.

H. T. Church, of Tulsa, Okl., for plaintiffs in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl., for the United States.

PER CURIAM. Writ of error as to Margaret Gray dismissed without costs to either party in this court, on motion of defendant in error, for want of prosecution.

**James J. MANNING, Bankrupt, Appellant, v. STATE BANK OF LANSING, IOWA, etc., Appellee.**

Circuit Court of Appeals, Eighth Circuit.
May 7, 1928.

No. 7848.

William S. Hart, of Waukon, Iowa, for appellant.

H. Y. Simmons and H. R. Trewin, both of Cedar Rapids, Iowa, for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, under rules 23 and 24.